ROGER L. GRANDGENETT II, ESQ., Bar # 6323
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC.,<br><br>Defendant. | Case No. 2:17-cv-00423-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant ROSS DRESS FOR LESS, INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the current deadline of April 27, 2017 up to and including **May 29, 2017**.

The parties have begun discussions about a possible early resolution to this matter and are requesting this extension of time so that they have sufficient time to fully explore a possible resolution that could render a response to the Complaint unnecessary.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated:  April 21, 2017

Respectfully submitted,

/s/ *Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated:  April 21, 2017

Respectfully submitted,

/s/ *Timothy Roehrs*
ROGER L. GRANDGENETT II, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

**ORDER**

    **IT IS SO ORDERED.**

    Dated: _____April 24_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:147103793.1 999999.0942

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.